[No. 18474.   Department One.   October 1, 1924.]

A. DUNCAN DUNN *et al.*, *doing business as Dunn Brothers,*
*Respondents*, v. WILLIAM HANSON *et al.*, *doing business*
*as Buena Mercantile Company et al.,*
*Appellants.*[1]

Appeal from a judgment of the superior court for Yakima county, Blake, J., entered June 13, 1923, upon findings in favor of the plaintiffs, in an action in tort, tried to the court. Affirmed.

*Geo. F. McAuley*, for appellants.
*Milan Velikanje* and *Grady & Velikanje*, for respondents.

HOLCOMB, J.—This is an action and cross-action for damages incurred in an accident between a truck driven by appellant, Aller, as driver and agent of appellants Hanson, and some cattle being driven out of a pasture and across the road by respondents.

The trial court, as sole trier of the facts, found the facts in favor of respondents as against Aller, but refused to enter judgment in favor of respondents as against the Hansons, and refused to enter judgment in favor of the Hansons against respondents for damages done to the truck belonging to the Hansons.

The trial court, after hearing the evidence, held that there was no contributory negligence on the part of respondents, and that the negligence was that of Aller, and that Aller was not at the time engaged in the business of appellants Hanson.

No question of law is involved in this case, it being solely a question of fact. The facts are conflicting and the trial judge resolved them as above stated. There is nothing in the record before us that shows the facts preponderate otherwise. There is nothing for us to do, therefore, but affirm the judgment.

Affirmed.

MAIN, C. J., TOLMAN, PARKER, and MACKINTOSH, JJ., concur.

[1]Reported in 228 Pac. 1119.